LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING                                            P  (917) 408 - 6484
233 BROADWAY – SUITE 2208                                     F  (212) 571 - 9149
NEW YORK, NY 10279                                   CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

---

August 3, 2021

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Bail modification - *U.S. v. Kaprie Lambert*, 19 Cr. 846 (RA)

Dear Judge Abrams,

I represent Kaprie Lambert in the above-mentioned case. Mr. Lambert is currently released on bail with electronic monitoring conditions and is participating in the SDNY Young Adult Opportunity Program.

I respectfully ask the Court to modify Mr. Lambert's bail conditions to remove all electronic monitoring; all other conditions will remain in effect. Pretrial Officer Rena Bolin has consented to this modification to accommodate Mr. Lambert's work schedule and in recognition of the substantial progress he has made in the program. I am also informed by AUSA Louis Pellegrino that the government has no objection to the proposed modification.

Thank you in advance for your consideration.

Sincerely,

Christopher Madiou
*Counsel for Kaprie Lambert*

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 3, 2021

Cc:    AUSA Louis Pellegrino (via ECF)
       U.S. Pretrial Services Officer Rena Bolin (via email)