UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 10-25-2022

UNITED STATES OF AMERICA,

v.

KAPRIE LAMBERT,

Defendant.

No. 19 CR-846-05 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Kaprie Lambert's continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) to January 25, 2023.

SO ORDERED.

Dated:    October 25, 2022
          New York, New York

Ronnie Abrams
United States District Judge